**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  11−27818−NLW
                        Chapter:  13
                        Judge:  Novalyn L. Winfield

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karan Mahajan                                   Manika Gupta
   75 Krone Place                                     75 Krone Place
   Hackensack, NJ 07601                     Hackensack, NJ 07601

Social Security No.:
   xxx−xx−3429                                     xxx−xx−5201

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:                 8/11/11
Time:               09:00 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 14, 2011
JJW: rh

                                                        James J. Waldron
                                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-27818-NLW
Karan Mahajan                                                             Chapter 13
Manika Gupta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: rhernand              Page 1 of 2          Date Rcvd: Jun 14, 2011
                              Form ID: 132                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
```
db/jdb     +Karan Mahajan,   Manika Gupta,   75 Krone Place,   Hackensack, NJ 07601-3737
smg         U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
512073414  +American Express,   POB 1270,   Newark, NJ 07101-1270
512073416  +Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
512073417  +Bank of America,   PO Box 15184,   Wilmington, DE 19850-5184
512073418   Chase,   P.O.Box 15153,   Wilmington, DE 19886-1194
512073419  +Chase,   PO Box 9001022,   Louisville, KY 40290-1022
512073421  +Chase Bank USA,   PO Box 15298,   Wilmington, DE 19850-5298
512073422  +CitiBank,   701 E 60th St N,   Sioux Falls, SD 57104-0493
512073423  +CitiBank,   PO Box 6497,   Sioux Falls, SD 57117-6497
512073424  +CitiBank/Sears,   PO Box 6241,   Sioux Falls, SD 57117-6241
512073427  +GEMB/PAYPAL,   PO Box 965005,   Orlando, FL 32896-5005
512073430  +PNC Bank,   PO Box 3429,   Pittsburgh, PA 15230-3429
512073431  +PNC Bank,   PO box 747032,   Pittsburgh, PA 15274-7032
512073434  +Sears/CitiBank,   8725 W Sahara Ave,   Mc 02/02/03,   The Lakes, NV 89163-0001
512073435  +Shell/CitiBank,   PO Box 6497,   Sioux Falls, SD 57117-6497
512073436  +TD Bank N.A.,   PO Box 84037,   Columbus, GA 31908-4037
512073439 ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Leasing,   Mail Drop Fn 22,   19001 S Western Ave,
             Torrance, CA 90501)
512073437  +The Home Depot/CBSD,   Ccs Gray Ops Center,   PO Box 6497,   Sioux Falls, SD 57117-6497
512073438  +Toyota Finanancial Services,   5005 N River BLVD,   Cedar Rapids, IA 52411-6634
512073440 ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: US Bank,   PO Box 790408,   Saint Louis, MO 63179)
512073443  +WFM/WBM,   PO Box 10335,   Des Moines, IA 50306-0335
512073441  +Wells Fargo,   POB 348750,   Sacramento, CA 95834-8750
512073442  +Wells Fargo Home Mortgage,   PO Box 14411,   Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2011 20:53:22     United States Trustee,
             Office of the United States Trustee,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
512073428    E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2011 20:49:53      Honda Finance Corporation,
             PO Box 6070,   Cypress, CA 90630
512073413   +E-mail/Text: bkr@cardworks.com Jun 14 2011 20:50:52      Advanta Credit Cards,   PO Box 5657,
             Hicksville, NY 11802-5657
512073415   +E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 14 2011 20:49:53      American Honda Finance Corp,
             200 Continential Dr. Ste 301,   Newark, DE 19713-4336
512073425    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2011 23:58:27      Discover Card,   12 Reads Way,
             New Castle, DE 19720
512073426    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 14 2011 23:58:27      Discover Financial Services,
             PO Box 15316,   Wilmington, DE 19850
512073429   +E-mail/Text: bnc@nordstrom.com Jun 14 2011 20:47:58      Nordstorm,   PO Box 13589,
             Scottsdale, AZ 85267-3589
512073433   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 14 2011 23:22:10      Sallie Mae,   11100 USA PARKWAY,
             Fishers, IN 46037-9203
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512073432    Ruby Rani Inc
512073420*  +chase,   p.O Box: 9001022,   Louisville, KY 40290-1022
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: rhernand              Page 2 of 2                   Date Rcvd: Jun 14, 2011
                              Form ID: 132                Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                              **Signature:**    *Joseph Speetjens*